IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LYNETTE R. GRIGGS,         )<br>                              )<br>    Plaintiff,              )<br>                              )   Case No. 2004-cv-4241-JPG<br>v.                            )<br>                              )<br>MARION HOSPITAL CORPORATION, )<br>d/b/a HEARTLAND REGIONAL     )<br>MEDICAL CENTER,              )<br>                              )<br>    Defendants.              ) | |

### JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This matter having come before the Court on the defendants' motions to dismiss, and the Court having rendered its decision,

**IT IS ORDERED AND ADJUDGED** that **JUDGMENT** be entered in favor of the defendants and against plaintiff Lynette Griggs as to all of the claims in this case. Counts 1 and 2 are therefore **DISMISSED with prejudice**.

**DATE: July 28, 2005.**

NORBERT G. JAWORSKI, CLERK

By:s/Deborah Agans,  Deputy Clerk

**APPROVED:   /s/ J. Phil Gilbert**
                    **J. PHIL GILBERT**
                    **U.S. District Judge**